JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE ELLIS,<br><br>                     Petitioner,<br><br>             v.<br><br>RAYMOND MADDEN, Warden,<br><br>                     Respondent. | Case No. 2:17-cv-02379-AG (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: September 28, 2018

_____
HON. ANDREW J. GUILFORD
United States District Judge